UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER ON |
| vs. | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE REGARDING |
| LUIS VAZQUEZ, | ) | GUILTY PLEA |
| | ) | |
| Defendant. | ) | |

A magistrate judge has recommended that I accept the defendant's plea of guilty and dismiss Counts II and III of the indictment without prejudice. There has been no objection filed.

IT IS ORDERED that:

1. I find after de novo review that the plea of guilty is knowing, intelligent, voluntary, and that there is a factual basis for the plea. The defendant is found guilty.

2. Counts II and III of the indictment are dismissed without prejudice.

Dated June 14, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge